## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| DAMON L. CAMPBELL, | ) | 3:11-CV-0532-ECR (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | May 9, 2012 |
| | ) | |
| MANUEL PORTILLO, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

PRESENT:   <u>THE HONORABLE VALERIE P. COOKE</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>     LISA MANN     </u>     REPORTER: <u>NONE APPEARING  </u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING                         </u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING                      </u>

**MINUTE ORDER IN CHAMBERS:**

    Plaintiff's motion for a status check (#10) is **DENIED as moot**.  Defendants' filed an answer on January 27, 2012 (#13) and a scheduling order was issued in February 2, 2012 with a discovery deadline of May 1, 2012.  Dispositive motions are due by May 31, 2012.

    **IT IS SO ORDERED**.


                        LANCE S. WILSON, CLERK

                By:<u>          /s/                              </u>
                       Deputy Clerk