# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| DAMON L. CAMPBELL, | ) | 3:11-CV-0532-ECR (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | May 9, 2012 |
| | ) | |
| MANUEL PORTILLO, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

**PRESENT:**   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

**DEPUTY CLERK:**   LISA MANN          **REPORTER:** NONE APPEARING

**COUNSEL FOR PLAINTIFF(S):** NONE APPEARING

**COUNSEL FOR DEFENDANT(S):** NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Plaintiff's motion for a status check (#10) is **DENIED as moot**. Defendants' filed an answer on January 27, 2012 (#13) and a scheduling order was issued in February 2, 2012 with a discovery deadline of May 1, 2012. Dispositive motions are due by May 31, 2012.

   **IT IS SO ORDERED**.

                              LANCE S. WILSON, CLERK

                        By:        /s/
                              Deputy Clerk