CATHERINE CORTEZ MASTO
Nevada Attorney General
BRIAN WARNER HAGEN
Deputy Attorney General
Nevada Bar No. 11389
Bureau of Litigation
100 No. Carson St.
Carson City, NV 89701
Tel: 775-684-1251
Email: BHagen@ag.nv.gov

*Attorneys for Defendants Isidro Baca, Colin Brown, Beebe Clark, Rick Giancola, Arthur Lindsay, Michael Naylor, Manuel Portillo and Jessica Sellers*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAMON LAMAR CAMPBELL,<br><br>    Plaintiff,<br><br>  vs.<br><br>MANUEL PORTILLO, et al.,<br><br>    Defendants. | Case No. 3:11-cv-00532-ECR-VPC<br><br>**NOTICE OF APPEARANCE** |

Defendants by and through counsel, Catherine Cortez Masto, Attorney General of the State of Nevada, and Brian W. Hagen, Deputy Attorney General, hereby notify the Court and respective parties that Deputy Attorney General Brian W. Hagan has assumed responsibility for representing the interests of the Defendant in this action.

Deputy Attorney Generals Elizabeth Hickman and Jeff Hoppe are no longer responsible for the handling of this case and should be removed from association with this case.

Dated: November 1, 2012

CATHERINE CORTEZ MASTO
Attorney General

By: _____
BRIAN HAGEN
Deputy Attorney General
Bureau of Litigation
Public Safety Division

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 1st day of November, 2012 I have caused a copy of the foregoing **NOTICE OF APPEARANCE** to be served, by mailing a true copy to:

DAMON LAMAR CAMPBELL, #71683
ELY STATE PRISON
PO BOX 1989
ELY, NV 89301-1989

          /S/ Britta Appel
          BRITTA APPEL