```
_____ FILED              _____ RECEIVED
_____ ENTERED            _____ SERVED ON
              COUNSEL/PARTIES OF RECORD

              DEC 1 0 2012

          CLERK US DISTRICT COURT
            DISTRICT OF NEVADA
BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

DAMON LAMAR CAMPBELL,                )
                                     )
                Plaintiff,           )
                                     )        3:11-CV-00532-RCJ-VPC
v.                                   )
                                     )
MANUEL PORTILLO, *et al.,*           )        O R D E R
                                     )
                Defendants.          )
_____)

The Court has considered the Report and Recommendation of United States Magistrate (ECF #50) entered on October 24, 2012, in which the Magistrate Judge recommends that the Court enter an order denying Plaintiff's Motion for Entry of Default Judgment (ECF #44). The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #50).

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default Judgment (ECF #44) is DENIED.

IT IS SO ORDERED this 10th day of December, 2012.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE