UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| DAMON CAMPBELL, | ) | 3:11-CV-0532-RCJ (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | January 24, 2013 |
| | ) | |
| MANUEL PORTILLO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion for transcripts at government expense (#60) is **GRANTED**. A transcript of the June 21, 2012 hearing (#37) shall be prepared at the government's expense to be used in the record on appeal.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:              /s/
         Deputy Clerk