**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DAMON LAMAR CAMPBELL, | 3:11-CV-00532-RCJ (VPC) |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | September 19, 2016 |
| MANUEL PORTILLO, et al., | |
| Defendants. | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Travis Barrick's application for leave to appear for settlement discussions only (ECF No. 83) is **DENIED without prejudice.**

A settlement conference has not been ordered in this case and the parties have not stipulated to a settlement conference. If the parties stipulate to a settlement conference or one is ordered by the District Court, Mr. Barrick may refile his motion at that time.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:  /s/
Deputy Clerk