Travis N. Barrick, # 9257
GALLIAN WELKER,
& BECKSTROM, LC
540 E. St. Louis Avenue
Las Vegas, Nevada 89104
Telephone: (702) 892-3500
Facsimile: (702) 386-1946
tbarrick@vegascase.com
*Attorneys for Plaintiff Campbell*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DAMON LAMAR CAMPBELL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MANUEL PORTILLO, et al.,<br><br>　　　　　Defendants. | Case No.: 3:11-cv-532-RCJ-VPC<br><br>**JOINT REQUEST FOR TELEPHONIC STATUS CONFERENCE** |

　　　　Plaintiff, Damon L. Campbell, through his attorney, Travis N. Barrick, Esq., of the law firm GALLIAN WELKER & BECKSTROM, LC, and the Defendants, through their attorney, D. Randall Gilmer, Esq., of the Office of Attorney General, hereby submit their joint request for a telephonic Status Conference.

　　　　Mr. Barrick and Mr. Gilmer conferred by telephone on February 9, 2018, regarding the status of the case, discovery and other procedural matters. As a result of that conference, Mr. Barrick and Mr. Gilmer are requesting a telephonic status conference for guidance and direction from the Court on how it wishes to proceed.

| | |
|---|---|
| Dated: February 14, 2018.<br><br>By: ___/s/ Travis N. Barrick___<br>Travis N. Barrick, # 9257<br>GALLIAN WELKER & BECKSTROM, LC<br>Attorneys for Plaintiff Campbell | Dated: February 14, 2018.<br><br>By: ___/s/ D. Randall Gilmer___<br>D. Randall Gilmer, Esq.<br>OFFICE OF THE ATTORNEY GENERAL<br>Attorneys for Defendants |

## ORDER

IT IS HEREBY ORDERED that the Stipulation for Telephonic Status Conference (ECF No. 91) is GRANTED.

IT IS FURTHER ORDERED that the Telephonic Status Conference is set for 10:00 A.M., Tuesday, March 13, 2018, in Courtroom 3, before Judge Robert C. Jones.

IT IS FURTHER ORDERED Counsel shall dial into the AT&T Meet-Me-Line (1-888-675-2535), Access Code No.: 2900398, Security Code No.: 031318 five (5) minutes prior to the hearing. Counsel shall remain on the line until such time as the Court joins the call and convenes the proceeding.

Date: February 15, 2018

_____
DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing document was made on the 14th day of February 2018, by filing in the Court's CM/ECF system and by US Mail, postage prepaid, to the following:

| | |
|---|---|
| D. Randall Gilmer Esq.<br>Office of the Attorney General<br>555 E. Washington Avenue, #3900<br>Las Vegas, NV 89101<br>*Attorneys for Defendants* | By: /s/ Travis N. Barrick<br>An employee of Gallian Welker & Beckstrom, LC |