1 ADAM PAUL LAXALT
   Nevada Attorney General
2 D. RANDALL GILMER (Bar No. 14001)
   Chief Deputy Attorney General
3 FRANK TODDRE, II (Bar No. 11474)
   Senior Deputy Attorney General
4 IAN CARR (Bar No. 13840)
   Deputy Attorney General
5 State of Nevada
   Office of the Attorney General
6 555 East Washington Avenue, Suite 3900
   Las Vegas, NV 89101
7 (702) 486-3427 (phone)
   (702) 486-3773 (fax)
8 drgilmer@ag.nv.gov

*Attorneys for Defendants
Manuel Portillo, Jessica Sellers, Colin Brown,
Rick Giancola, and Michael Naylor*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAMON LAMAR CAMPBELL, | Case No. 3:11-cv-00532-RCJ-VPC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER CLARIFYING REMAINING CLAIM AND DEFENDANTS FOR TRIAL** |
| MANUEL PORTILLO, et al., | |
| Defendants. | |

Plaintiff, Damon Campbell, by and through counsel, Travis Barrick, Esq., and Defendants, Manuel Portillo, Jessica Sellers, Colin Brown, Rick Giancola, and Michael Naylor (Defendants), by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and D. Randall Gilmer, Chief Deputy Attorney General, Frank Toddre, Senior Deputy Attorney General, and Ian Carr, Deputy Attorney General, hereby stipulate and agree, that following appellate proceedings in this case, the only remaining claim surviving and proceeding to trial is a single excessive force claim against Defendants Portillo, Sellers, Brown, Giancola, and Naylor.

/ / /

/ / /

1       The parties further stipulate and agree to acknowledge and clarify that, to the extent not made clear by previous proceedings, all other claims (including, but not limited to, supervisory liability and deliberate indifference) and all other Defendants not named above have been dismissed with prejudice prior to trial in this case.

DATED this 4th day of May, 2018.

DATED this 4th day of May, 2018.

ADAM PAUL LAXALT
Attorney General

By: /s/ *Travis N. Barrick*
TRAVIS N. BARRICK, ESQ.
Gallian Welker & Beckstrom, LC
540 E. St. Louis Avenue
Las Vegas, NV 89104
*Attorneys for Plaintiff*

By: /s/ *D. Randall Gilmer*
D. RANDALL GILMER
Chief Deputy Attorney General
Office of the Nevada Attorney General
555 E. Washington Avenue, #3900
Las Vegas, NV 89101
*Attorneys for Defendants*

**IT IS SO ORDERED.**

DATED this 9th day of May, 2018.

_____
UNITED STATES DISTRICT JUDGE

Page **2** of **2**