# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DAMON LAMAR CAMPBELL,

    Plaintiff,

vs.

MANUEL PORTILLO et al.,

    Defendants.

3:11-cv-00532-RCJ-VPC

**ORDER**

Plaintiff is a prisoner in the custody of the Nevada Department of Corrections. He sued Defendants in this Court under 42 U.S.C. § 1983 for various civil rights violations. The Court permitted excessive force and deliberate indifference claims under the Eighth Amendment to proceed upon screening and later adopted the Magistrate Judge's report and recommendation to grant summary judgment to Defendants. The Court of Appeals reversed as to the excessive force claim, which is set for trial.

Plaintiff has asked to appear at trial in civilian clothes and with his hands unshackled. Defendants agree that Plaintiff need only be shackled at the legs, with skirts concealing both Plaintiff's and Defendants' tables, and that Plaintiff need not also be shackled at the hands. Defendants oppose Plaintiff's request to appear in street clothes, however, noting that unlike in a criminal case there is no presumption of innocence against which to prejudice the jury. The jury

in this case will necessarily know that Plaintiff is a convict, as the nature of the case involves an altercation with prison guards. Defendants are correct. *Duckett v. Godinez*, 67 F.3d 734, 747 (9th Cir. 1995) (collecting cases and holding that there was no prejudice to a criminal defendant made to wear prison clothing at the sentencing phase of his trial after his guilt was no longer at issue) ("Prison clothing cannot be considered inherently prejudicial when the jury already knows, based upon other facts, that the defendant has been deprived of his liberty.").

## CONCLUSION

IT IS HEREBY ORDERED that the Motion for Order to Produce Inmate for Trial (ECF No. 98) is GRANTED IN PART and DENIED IN PART. Plaintiff shall appear at trial in leg restraints with his hands unshackled. Plaintiff's and Defendants' tables shall be skirted. The Nevada Department of Corrections need not permit Plaintiff to appear in civilian clothing.

IT IS SO ORDERED.

Dated this 15th day of May, 2018.

_____
ROBERT C. JONES
United States District Judge