Travis N. Barrick, # 9257
GALLIAN WELKER,
& BECKSTROM, LC
540 E. St. Louis Avenue
Las Vegas, Nevada 89104
Telephone: (702) 892-3500
Facsimile: (702) 386-1946
tbarrick@vegascase.com
*Attorneys for Plaintiff Campbell*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DAMON LAMAR CAMPBELL,<br><br>Plaintiff,<br><br>v.<br><br>MANUEL PORTILLO, et al.,<br><br>Defendants. | Case No.: 3:11-cv-532-RCJ-VPC<br><br>**STIPULATION TO EXTEND TIME TO FILE JOINT EXHIBIT LIST**<br>**(1ST REQUEST)** |

Plaintiff, Damon L. Campbell, through his attorney, Travis N. Barrick, Esq., of the law firm GALLIAN WELKER & BECKSTROM, LC, and the Defendants, through their attorney, D. Randall Gilmer, Esq., of the Office of Attorney General, hereby submit their stipulation to extend the time to file their Joint Exhibit List, for the reasons set forth below:

Counsel for the parties are cooperating in a collegial and professional manner to prepare this matter for trial.

Part of that effort is to assemble a Joint Exhibit List that includes a stipulation as to authenticity of the documents included. In addition, counsel are conferring regarding stipulations as to the admissibility of certain documents that both sides intend to introduce at trial (subject to the Court's discretion).

Counsel for the parties believe that so doing will expedite the trial in this matter

and conserve judicial and legal resources.

A draft Joint Exhibit List has been circulated for the past 2 weeks and is nearing completion. However, counsel are requesting an additional 7 days to complete the process and make the filing.

The current deadline for filing of Exhibit Lists is 5/22/18.

| Dated: May 22, 2018. | Dated: May 22, 2018. |
|---|---|
| By: ___/s/ Travis N. Barrick___<br>Travis N. Barrick, # 9257<br>GALLIAN WELKER & BECKSTROM, LC<br>Attorneys for Plaintiff Campbell | By: ___/s/ D. Randall Gilmer___<br>D. Randall Gilmer, Esq.<br>OFFICE OF THE ATTORNEY GENERAL<br>Attorneys for Defendants |

## ORDER

It is so ordered that the parties have until May 30, 2018 to file their Joint Exhibit List.

Date: ___ May 29, 2018

_____
DISTRICT COURT JUDGE